McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yi Gao, | No.   07-S-CV-1438-FCD-EFB |
| Plaintiff, | ORDER |
| v. | |
| Susan Curda, et al., | |
| Defendants. | |

**ORDER**

For the reasons set forth in the defendants' motion, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.

Dated: August 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE